## Alfred E. Barron, Appellant, v. Templeton, Kenly & Company, Ltd., Appellee.

### Gen. No. 23,036.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. LEO J. DOYLE, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed July 2, 1917

### Statement of the Case.

Action by Alfred E. Barron, plaintiff, against Templeton, Kenly & Company, defendant, to recover an alleged balance of salary of $323.27. From a judgment for defendant, plaintiff appeals.

BULKLEY, MORE & TALLMADGE, for appellant.

HOAG & ULLMANN, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 4*—*what constitutes acceptance of new terms of employment.* The continuance of an employee at work for thirteen months after notice by letter from his employer that it will be necessary for those remaining in its employ to accept a stipulated reduction in salary and that, unless otherwise advised, the reduction will go into effect on a certain date, must be deemed an acceptance of the conditions stated, even though the employee at the time he receives the notice writes the employer that if he does not continue at the same salary he has been getting, or at an increased salary, his resignation may be asked.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.